**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                   CASE NO.:  8:22-bk-01595-CED
WOUAFF WOUAFF, LLC,                                      CHAPTER 11
        Debtor.
_____/

## DEBTOR'S VERIFIED CONFIRMATION STATEMENT

1. My name is Julian Mackenzie. I am the Managing Member of Wouaff Wouaff, LLC (the "Debtor").

2. The Debtor filed for Chapter 11 bankruptcy protection on April 21, 2022 (the "Petition Date").

3. I am over twenty-one (21) years of age and suffer from no legal disabilities.

4. This statement is based upon my personal knowledge of the facts as set forth herein or facts as those appear in the Debtor's books and financial records including monthly reports and tax returns.

5. The Debtor's financial records have been kept in the ordinary course of regular activities and have been maintained by me and are presently in my possession.

6. I was personally involved in the formulation and preparation of the Second Amended Plan of Reorganization (the "Plan") [Doc. No. 145] which was filed with the Court on February 27, 2023.

7. The Debtor has complied with all of the applicable provisions of the Bankruptcy Code during the Chapter 11 case and in proposing the plan, including the Plan which is before the Court for consideration of confirmation.

8. The Plan has been proposed in good faith and not by any means forbidden by law. I have not promised any creditor or any other party any treatment or consideration other than is set forth in the Plan. There has been no side dealing to obtain votes or consents for this Plan. However, there will be a Stipulation presented by and between the Debtor and Mercedes Benz Financial Services clarifying said Creditor's treatment under the Plan.

9. Any payment made or to be made under the Plan for services or costs and expenses in or in connection with the Chapter 11 case or in connection with the Plan and incident to the Chapter 11 case has been disclosed to the Court and has been approved or is believed will be approved by this Court as reasonable.

10. I have disclosed all of the assets owned by the Debtor in the detailed liquidation analysis and the Plan provides for payment under the Plan, through continued operation of the business. The liquidation analysis is attached hereto as Exhibit "A" and incorporated herein by reference.

11. The Plan is consistent with the interests of creditors and with public policy and provides that unsecured creditors will by paid under the Plan without inordinate delay.

12. With respect to each Class of creditors under the Plan, I know of no objections to confirmation, other than that of Mercedes Benz Financial Services, the resolution of which will be presented to the Court prior to and at the confirmation hearing.

13. All impaired classes have accepted the Plan as demonstrated by the Ballot Tabulation.

14. The Plan provides for the payment of the secured claims, unsecured claims, and priority claims within the time required by the Bankruptcy Code. The historical income generated from the Debtor's operation of business is sufficient to pay all Plan obligations as set forth herein.

15. All administrative expenses due have been paid prior to the confirmation hearing or will be paid over time, post-confirmation.

16. The Plan provides all priority claims will be paid in full within the statutory period over the life of the Plan.

17. The Plan as proposed is economically and practically feasible as evidenced by the performance during the Chapter 11.

18. The total additional monthly payments proposed under the Plan after confirmation are estimated as follows, with the exception of Mercedes Benz Financial Services:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 - Priority claims excluding those in Article 3<br><br>Internal Revenue Service | ☐ Impaired<br>☑ Unimpaired | Amended Claim #17 in the amount of $1,260.00 which is a priority claim. This estimated claim for the year 2021, and is contended that this claim is so be satisfied by the recent filing of the Debtor's 2021 tax return. |
| Class 2 – Secured on equipment of:<br><br>Sterns Bank (Claim #10); Huntington Bank (Claim #18), Crestmark (Claim #11), and Balboa (no claim filed) | ☑ Impaired<br>☐ Unimpaired | These Creditors hold secured claims secured by UCC on Debtor's equipment including but not limited to computer servers and equipment. Crestmark holds a secured claim in the amount of $126,705.29 (Claim #11); Huntington Bank (Claim#17) hold a secured claim in the amount of $14,881.27 and Sterns Bank holds a secured claim in the amount of $4,902.21. The secured claims will be amortized over (60) sixty months at 0% with monthly payments of $82.81 per month to Sterns Bank $248.02 to Huntington Bank and $2,111.76 per month to Crestmark commencing |

|  |  |  |
|---|---|---|
|  |  | (30) thirty days from the entry of the Confirmation Order, Balboa (no claim filed), which shall receive $23,498.00 at 0% interest over the term of 60 months. Said Creditors will retain their liens to the same extent, validity, and priority as existed pre-petition. |
| Class 3 - Daimler Trust (Claim #s 8 and 9) | ☐ Impaired<br>☑ Unimpaired | These are the secured claims of Daimler Trust (Claims 8 & 9) secured by two (2) vehicle leases which will be paid in accordance with their terms. |
| Class 4 - Channel Partners (Claim #12) | ☑ Impaired<br>☐ Unimpaired | Channel Partners' claim is secured by one vehicle; the second vehicle was released by Court-approved payment of $20,000.00 during the pendency of this case; after application of the $20,000.00, the secured portion of Channel Partners' claim was reduced to $58,242.91 which shall be paid over 3.5 years at 8.0% interest, which is estimated to be $1,594.51 per month. The unsecured portion of Channel Partners' claim, in the amount of $18,444.13 shall be treated as unsecured and paid without interest over five (5) years). |
| Class 5 - Mercedes Benz Financial Services (Claim #14). | ☑ Impaired<br>☐ Unimpaired | The secured claim of Mercedes Benz is secured by five (5) leases on five (5) vehicles which have five (5) separate leases and five (5) separate maturity dates. The parties agreed to a comprehensive agreement which provides for extending two (2) of the leases to cover administrative claims and payment of the administrative claims on the remaining three (3) leases over eight (8) months. The Debtor shall pay a total, including all additional charges, late charges, property taxes, sales taxes, and attorney's fees, of administrative claim of $238,768.15. It is anticipated that the final payment of the last lease will occur on May 13, 2027. |
| Class 6 - Small Business Administration (Claim #6) | ☐ Impaired<br>☑ Unimpaired | This is a secured claim, secured by blanket lien on all personal property of the Debtor. This claim (Proof of Claim No. 6 in the amount of $160,155.82) will be paid in full with contract interest of 3.75% over the 30 year term of the note. |
| Class 7 - Prosperum (Claim #15), Fox Capital Group (Claim #16), Bluevine (Claim #4), Fortress (no claim filed), Cloud Fund LLC (no claim filed), Loan Builder (no claim filed), and Rapid Finance (no claim filed) | ☑ Impaired<br>☐ Unimpaired | This class is comprised of entities that hold claims against the Debtor based upon agreements with the Debtor under which the Claimants purchased a percentage of the Debtor's future accounts, contract rights and other entitlements arising from or relating to the payment of money by the Debtor's customers and/or third party payors for payments due to the Debtor as the result of the sale of goods and services.<br><br>The members of this class are Prosperum (Claim #15), which shall be paid $39,775.83 with 0% interest over the term of 60 months; Fox Capital Group (Claim #16), which shall receive $36,750.00 at 0% interest over the term of 60 months; Bluevine (Claim #4), which shall be paid $60,568.00 at 0% interest over the term of 60 months; Fortress (no claim filed), which shall receive $97,875.00 at 0% interest over the term of 60 months; Cloud Fund LLC (no claim filed), which shall receive $152,360.00 at 0% interest over the term of 60 months; Loan Builder (no claim filed), which shall receive $80,866.00 at 0% over the term of 60 months; and Rapid Finance (no claim filed), which shall receive $55,000.00 at 0% interest over the term of 60 months. |

| | | |
|---|---|---|
| | | Beginning on the 20th day of the first full month following the effective date of the Plan and continuing on the 20th day of each and every month thereafter, for a total of (60) sixty consecutive months. The Debtor will pay to these creditors an amount in accordance with the attached payment schedule with all creditors receiving full payment of their filed or scheduled claims at 0% interest. |
| Class 8 - Non-priority unsecured claims - PNC Bank (Claim #7); Wells Fargo Bank (Claims #1 and #3); American Express (Claim #5); Ford Harrison (Claim #13), On Deck (Claim #2), and Capital One (no claim filed) | ☑ Impaired<br>☐ Unimpaired | This class shall be provided promissory notes for 100% of their allowed claims payable over 60 months in monthly payments starting the 15th of each month following the effective date of the Plan. These claims will be paid 100% of their claim over 60 months without interest in accordance with the attached payment schedule. |

19. The Debtor has been paying all post-petition taxes, and any secured payments which have not been paid shall be paid in accordance with the Second Amended Chapter 11 Plan.

20. I have personally reviewed the funds presently available and after discussion with my accountant and my attorney have first-hand knowledge as to my present ability and find there will be sufficient funds available to satisfy all claims to be paid under the Plan.

21. Confirmation of the Plan is not likely to be followed by the need for further financial reorganization.

22. The Plan does not unfairly discriminate between any class of creditors inasmuch as each creditor in a Class is treated the same.

23. The Plan has not been proposed for the purpose of tax avoidance or the avoidance Section 5 of the Securities Act of 1993.

24. There are no unsecured claims for consideration to a retiree benefit plan. The Debtor does not provide retiree benefits.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2023.

WOUAFF WOUAFF, LLC

*Julian Mackenzie*
Julian Mackenzie (Apr 5, 2023 16:36 EDT)

Julian Mackenzie, Managing Member Debtor

**EXHIBIT A**

LIQUIDATION ANALYSIS
OF WOUAFF WOUAFF, LLC

| Asset | Lien(s) | Value | Exemption | Liquidation Value |
|---|---|---|---|---|
| Operating Account and cash ($11,013.19 as of date of filing) | SBA (Claim No. 6, $160,155.82) *Blanket lienors | | | $0.00 |
| Equipment, machinery and fixtures | Huntington (Claim No. 18, $14,881.27) PNC (Claim No. 7, $65,701.24) *Blanket lienors | $87,633.00 | | $0.00 |
| Vehicles (all vehicles are Mercedes Benz vans) 2020; VIN ending in 41352 | Mercedes Benz Financial Services (Claim No. 14, $238,759.64) | $80,000.00 | | $0.00 |
| 2019; VIN ending in 66063 | | $60,000.00 | | $0.00 |
| 2016; VIN ending in 25565 | | $40,000.00 | | $0.00 |
| 2016; VIN ending in 25564 | | $40,000.00 | | $0.00 |
| 2017; VIN ending in 18444 | | $50,000.00 | | $0.00 |
| 2020; VIN ending in 19818 | Mike Albert Leasing (no claim filed, $64,000.00) | $80,000.00 | | $0.00 |
| 2016; VIN ending in 5439 | Channel Partners (Claim No. 12, $58,242.91) | $58,242.91 | | $0.00 |
| 2016; VIN ending in 5745 | N/A | $40,000.00 | | $0.00 |
| 2017; VIN ending in 5287 | N/A | $40,000.00 | | $0.00 |
| 2019; VIN ending in 3818 | N/A | $70,000.00 | | $0.00 |
| 2010; VIN ending in 7618 | N/A | $15,000.00 | | $0.00 |
| 2011; VIN ending in 7229 | N/A | $20,000.00 | | $0.00 |
| | *All vehicles are subject to UCC-1 blanket lienholders | | | |

*Blanket lienors include: Arsenal Funding (no claim filed, $39,140.00), Balboa Capital (no claim filed, $23,498.00), Bluevine (Claim No. 4, $60,568.00), Cloud Fund LLC (no claim filed, $128,691.00), Crestmark (Claim No. 11, $126,705.29), Prosperum (Claim No. 15, $39,775.83), Fortress (no claim filed, $97,875.00), Fox Business Funding

(Claim No. 16, $36,750.00), LoanBuilder (no claim filed, $68,822.00), On Deck Funding (Claim No. 2, $7,658.59), and Rapid Finance (no claim filed, $55,000.00).

Total blanket lienholder claims = $684,483.71

Total unsecured claims per the Claims Register = $436,166.35

# Verified Confirmation Statement - to D for signature - 4.5.23

Final Audit Report						2023-04-05

| | |
|---|---|
| Created: | 2023-04-05 |
| By: | Lynn Sheppard (BK_Sheppard@yahoo.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-FAIKy6jNjZRvF01R2GhxalOpFqyvv7a |

## "Verified Confirmation Statement - to D for signature - 4.5.23" History

- Document created by Lynn Sheppard (BK_Sheppard@yahoo.com)
  2023-04-05 - 8:18:20 PM GMT

- Document emailed to julian.m.mackenzie@gmail.com for signature
  2023-04-05 - 8:18:59 PM GMT

- Email viewed by julian.m.mackenzie@gmail.com
  2023-04-05 - 8:34:46 PM GMT

- Signer julian.m.mackenzie@gmail.com entered name at signing as Julian Mackenzie
  2023-04-05 - 8:36:21 PM GMT

- Document e-signed by Julian Mackenzie (julian.m.mackenzie@gmail.com)
  Signature Date: 2023-04-05 - 8:36:23 PM GMT - Time Source: server

- Agreement completed.
  2023-04-05 - 8:36:23 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

**Adobe Acrobat Sign**