

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

## 04/10/2023 02:30 PM

## COURTROOM   8A

### HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:22-bk-01595-CED** | **11** | **04/21/2022** |

**Chapter 11**

**DEBTOR:**      Wouaff Wouaff, LLC

**DEBTOR ATTY:**   **Marshall Reissman**

**TRUSTEE:**       **Ruediger Mueller**

**HEARING:**

~(1) 5th Cont. Hearing on Amended Motion to Use Cash Collateral Filed by Marshall G Reissman on behalf of Debtor Wouaff Wouaff, LLC (related document(s)[13]).

(2)   Continued Motion to Allow , Approve and Authorize Administrative Expense Claim Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC. (Lamoureux, John) Doc #124

(3) Confirmation Hearing of Chapter 11 Small Business Subchapter V Plan

- Amended Objection to Confirmation of Second Amended Plan of Reorganization for Small Business under Chapter 11 Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC (related document(s)[145]). (Lamoureux, John) Doc #156

- Stipulation to Plan Treatment as to Mercedes-Benz Financial Services USA LLC Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC (related document(s)[145]). (Lamoureux, John) Doc #159

**APPEARANCES::** Marshall Reissman, Nicole Peair, John Lamoureux, Ruediger Mueller, Julian Machenzie

**WITNESSES:**

**EVIDENCE:**

**RULING:**
~(1) 5th Cont. Hearing on Amended Motion to Use Cash Collateral Filed by Marshall G Reissman on behalf of Debtor Wouaff Wouaff, LLC (related document(s)[13]). -   final order granting in confirmation order

(2)   Continued Motion to Allow , Approve and Authorize Administrative Expense Claim Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC. (Lamoureux, John) Doc #124 -   dealt with in confirmation order

(3) Confirmation Hearing of Chapter 11 Small Business Subchapter V Plan -   Confirmed (consensual 1191(a)), post confirmation status conference 6/5/2023 at 2:00 pm O/Reissman

- Amended Objection to Confirmation of Second Amended Plan of Reorganization for Small Business under Chapter 11 Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC (related document(s)[145]). (Lamoureux,

- Stipulation to Plan Treatment as to Mercedes-Benz Financial Services USA LLC Filed by John J Lamoureux on behalf of Creditor Mercedes-Benz Financial Services USA, LLC (related document(s)[145]). (Lamoureux, John) Doc #159
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.