## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

WOUAFF WOUAFF, LLC,         CASE NO.:  8:22-bk-01595-CED
  Debtor.               CHAPTER 11
_____/

### DEBTOR'S NOTICE OF OCCURRENCE OF EFFECTIVE DATE

  Wouaff Wouaff, LLC (the "Debtor"), by counsel, hereby gives notice of the effective date of the *Chapter 11 Plan of Reorganization* (Doc. 145) (the "Plan"). On May 24, 2023, this Court entered its *Order Confirming Chapter 11 Plan of Reorganization* (Doc. 168). All conditions to the effective date have been satisfied or waived. **Therefore, the "Effective Date" of the Plan is June 7, 2023.**

Dated: June 26, 2023

                     /s/ Marshall Reissman, Esq.
                     Marshall Reissman, Esq.
                     FBN: 310085
                     The Reissman Law Group, P.A.
                     1700 66th Street N., Suite 405
                     St. Petersburg, FL 33710
                     Ph. 727-323-1999
                     Fx: 727-327-7999
                     Marshall@reissmanlaw.com

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 26, 2023 a true and correct copy of the foregoing was furnished by the Court's CM/ECF electronic mail system to those parties registered to receive service via the Court's electronic noticing system including the U.S. Trustee and the Sub Chapter V Trustee.

                     /s/ Marshall G. Reissman
                     Marshall G. Reissman, Esq.
                     Florida Bar No.: 310085
                     The Reissman Law Group, P.A.