UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WOUAFF WOUAFF, LLC,   Case No. 8:22-bk-01595-CED
                      Chapter 11

    Debtor.
_____/

**DEBTOR'S MOTION**
**FOR ENTRY OF FINAL DECREE**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 NORTH FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA 33602, WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**
>
> **IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**
>
> **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

    The Debtor, WOUAFF WOUAFF, LLC, certifies that it has commenced distributions pursuant to the provisions of the *Second Amended Plan of Reorganization for Small Business Under Chapter 11* (Doc. No. 145), as confirmed by the *Order Confirming Debtor's Second Amended Plan of Reorganization and Final Order Granting Debtor's Amended Motion to Use Cash Collateral* (Doc. No. 168). The Debtor further certifies all conditions precedent to entry of the final decree have been met or waived.

WHEREFORE, the Debtor respectfully requests that this Court enter a final decree and provide such other and further relief as is just.

/s/ Marshall Reissman, Esq.
Marshall Reissman, Esq.
FBN: 310085
The Reissman Law Group, P.A.
1700 66th Street N., Suite 405
St. Petersburg, FL 33710
Ph. 727-322-1999
Fx: 727-327-7999
Marshall@reissmanlaw.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Motion For Entry of Final Decree* has been furnished on this 4th day of August, 2023, by either the Court's CM/ECF electronic mail system or by U.S. mail to all creditors and parties in interest on the Court's mailing matrix.

/s/ Marshall Reissman, Esq.
Marshall Reissman, Esq.