ORDERED.

Dated: August 24, 2023

*Caryl E. Delano*
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

WOUAFF WOUAFF, LLC,   Case No. 8:22-bk-01595-CED
                      Chapter 11

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S
### MOTION FOR ENTRY OF FINAL DECREE

THIS CASE came on for consideration of the *Debtor's Motion for Entry of Final Decree* (Doc. No. 182) (the "**Motion**"). The Court finds that the Motion was appropriately served with negative notice and no response was filed. Therefore, the Court deems the Motion as unopposed. Accordingly, it is

**ORDERED** that:

1. The Motion is granted.

2. The Court will enter a separate final decree.

*Attorney Marshall G. Reissman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*